# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
*www.wied.uscourts.gov*

July 29, 2014

Charles J. Veverka
Maschoff Brennan
1389 Center Dr- Ste 300
Park City, US 84098

Re: SkipPrint v Quad/Graphics
**Case No.: 14-cv-897**

Dear Counsel:

This is to advise the parties that the above-entitled action has been assigned to the Honorable Rudolph T. Randa and also to Magistrate Judge William E. Duffin.

The Consent/Refusal to Proceed before a U.S. Magistrate form must be electronically filed using the Court's internet-based Electronic Case Filing (ECF) system within 21 days of receipt of this letter. Counsel should note that compliance with Civil L.R. 7.1 requires filing your Disclosure Statement within 14 days.

Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. *See* Gen. L.R. 5 "All pleadings and other papers must be filed by electronic means unless exempted or otherwise ordered by the Court..." Counsel *must* register or seek the required waiver. **If you fail to do either, you will receive no further notification of ECF filings (electronic or mailed), and you will risk entry of dismissal or default.**

Please refer to the court's website at [www.wied.uscourts.gov](www.wied.uscourts.gov) for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

JON W. SANFILIPPO
Clerk, U.S. District Court

s/ J. Lyday
Deputy Clerk