# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

July 29, 2014

Christopher W. Arledge
Joseph K. Liu
Nathaniel L. Dilger
One LLP
400 Macarthur Boulevard, Suite 500
Newport Beach, California 92660

Perry S. Clegg
Clegg PC
299 South Main Street, Suite 1300
Salt Lake City, Utah 84111

Ali R. Sharifahmadian
Arnold & Porter LLP
555 12th Street NW
Washington, D.C. 20004-12016

Re: SkipPrint v. Quad/Graphics
**Case No.:** 14-C-897

Dear Counsel:

This is to advise the parties that the above-entitled action has been assigned to the Honorable Rudolph T. Randa and also to Magistrate Judge William E. Duffin.

The Consent/Refusal to Proceed before a U.S. Magistrate form must be electronically filed using the Court's internet-based Electronic Case Filing (ECF) system within 21 days of receipt of this letter. Counsel should note that compliance with Civil L.R. 7.1 requires filing your Disclosure Statement within 14 days.

Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. *See* Gen. L.R. 5 "All pleadings and other papers must be filed by electronic means unless exempted or otherwise ordered by the Court..." Counsel *must* register or seek the required waiver. **If you fail to do either, you will receive no further notification of ECF filings (electronic or mailed), and you will risk entry of dismissal or default.**

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

JON W. SANFILIPPO
Clerk, U.S. District Court

s/ B. Ray
Deputy Clerk