UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

SkipPrint, LLC )   Civil No. 14-cv-00897-RTR
              )
     Plaintiff, )
              )
     v.        )
              )
Quad Graphics )
              )
     Defendant. )
_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey C. Brown of Sapientia Law Group PLLC, counsel for Plaintiff SkipPrint, LLC hereby provides notice of appearance as Plaintiff's counsel at the address shown below.

Dated: August 7, 2014        By:    s/ Jeffrey C. Brown
                             SAPIENTIA LAW GROUP PLLC
                             Jeffrey C. Brown
                             jeffb@sapientialaw.com
                             12 South 6th Street
                             Suite 1242
                             Minneapolis, MN 55402
                             Telephone: (612) 756-7108
                             Facsimile: (612) 756-7101