UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SkipPrint, LLC,

        Plaintiff,

vs.

Quad/Graphics, Inc.,

        Defendant.

Case No. 14-CV-00897-RTR

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

The undersigned, as counsel of record for Defendant Quad/Graphics, Inc. furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

(1)    The full name of every party or amicus represented by the undersigned attorneys in this case:

    Quad/Graphics, Inc.

(2)    If such party or amicus is a corporation:

    Quad/Graphics, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

(3)    The names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court:

    The firms of Michael Best & Friedrich LLP and Arnold & Porter LLP represent Quad/Graphics, Inc. in this action.

Dated this 18th day of August, 2014.

**MICHAEL BEST & FRIEDRICH LLP**

By:   *s/ Jonathan H. Margolies*
    Jonathan H. Margolies, SBN 1000452
    Benjamin A. Kaplan, SBN 1082802
    100 East Wisconsin Avenue
    Suite 3300
    Milwaukee, WI 53202-4108
    414.271.6560
    jhmargolies@michaelbest.com
    bakaplan@michaelbest.com

    Maxwell C. Preston
    **Arnold & Porter LLP**
    399 Park Avenue
    New York, NY 10022-4690
    212.715.1116
    maxwell.preston@aporter.com

    Matthew M. Wolf
    Ali R. Sharifahmadian
    **Arnold & Porter LLP**
    555 Twelfth Street, NW
    Washington, D.C. 20004
    202.942.6229
    matthew.wolf@aporter.com
    ali.sharifahmadian@aporter.com

Attorneys for Defendant Quad/Graphics, Inc.