UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SkipPrint, LLC,

      Plaintiff,

Case No. 14-CV-00897-RTR

vs.

Quad/Graphics, Inc.,

      Defendant.

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

The undersigned, as counsel of record for Defendant Quad/Graphics, Inc. furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

(1) The full name of every party or amicus represented by the undersigned attorneys in this case:

    Quad/Graphics, Inc.

(2) If such party or amicus is a corporation:

    Quad/Graphics, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

(3) The names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court:

    The firms of Michael Best & Friedrich LLP and Arnold & Porter LLP represent Quad/Graphics, Inc. in this action.

Dated this 18th day of August, 2014.

**MICHAEL BEST & FRIEDRICH LLP**

By: *s/ Jonathan H. Margolies*
Jonathan H. Margolies, SBN 1000452
Benjamin A. Kaplan, SBN 1082802
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
414.271.6560
jhmargolies@michaelbest.com
bakaplan@michaelbest.com

Maxwell C. Preston
**Arnold & Porter LLP**
399 Park Avenue
New York, NY 10022-4690
212.715.1116
maxwell.preston@aporter.com

Matthew M. Wolf
Ali R. Sharifahmadian
**Arnold & Porter LLP**
555 Twelfth Street, NW
Washington, D.C. 20004
202.942.6229
matthew.wolf@aporter.com
ali.sharifahmadian@aporter.com

Attorneys for Defendant Quad/Graphics, Inc.