# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SkipPrint, LLC | ) Civil No. 14-cv-00897-RTR )  ) |
| Plaintiff, | ) **PLAINTIFF'S CORPORATE** |
| v. | ) **DISCLOSURE STATEMENT** )  |
| Quad Graphics | )  ) |
| Defendant. | )  ) |

This Corporate Disclosure Statement is filed on behalf of SkipPrint, L.L.C.

Rule 7.1, Federal Rules of Civil Procedure states that a nongovernmental party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The filing party hereby declares that SkipPrint, L.L.C. is a wholly-owned subsidiary of TenacityIP LLC, a non-public Delaware corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: August 12, 2014     By:     s/ Jeffrey C. Brown
SAPIENTIA LAW GROUP PLLC
Jeffrey C. Brown
jeffb@sapientialaw.com
12 South 6th Street
Suite 1242
Minneapolis, MN 55402
Telephone: (612) 756-7108
Facsimile: (612) 756-7101