# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SKIPPRINT, LLC,**

      Plaintiff / Counter-Defendant,

   -vs-                                Case No. 14-C-897

**QUAD/GRAPHICS, INC.,**

      Defendant / Counterclaimant.

## SCHEDULING ORDER

During the scheduling conference held by telephone in the above-entitled action on November 18, 2014, the plaintiff, appearing by Attorneys Joseph K. Liu and Jeffrey C. Brown, and the defendant, appearing by Attorneys Ali R. Sharifahmadian and Jonathan H. Margolies, agreed to the entry of the following order.

**IT IS ORDERED** that:

1. The parties may amend pleadings and add parties on or before January 5, 2015.

2. The plaintiff is to serve initial infringement contentions on January 9, 2015.

3. Defendant to serve initial non-infringement and invalidity contentions on March 13, 2015.

4. The parties shall exchange claim elements for construction and the proposed construction thereof on April 17, 2015.

5. The deadline for the first phase of discovery related to claim construction is April 22, 2015.  Neither the pendency of motions nor settlement discussions will affect any of the dates set in this action, and neither will justify delays in the taking of claim construction discovery.

6. The parties shall meet and confer on the claim elements for construction on or before May 1, 2015.

7. The parties shall file a Joint Claim Construction and Prehearing Statement on or before May 22, 2015.

8. The plaintiff's opening brief on claim construction is due June 26, 2015 (75 days before the claim construction hearing).

9. The defendant's response brief on claim construction is due July 27, 2015 (45 days before the claim construction hearing).

10. The plaintiff's reply brief on claim construction is due August 25, 2015 (15 days before the claim construction hearing).

11. On September 9, 2015 at 9:00 a.m. the Court will conduct a Markman Hearing in Courtroom 320.  One day has been reserved for this hearing.

12. The Court will set a status conference after it issues a claim construction.

Dated at Milwaukee, Wisconsin this **19th** day of November, 2014.

                                              **BY THE COURT:**

                                              */s/ Rudolph T. Randa*

                                              **Hon. Rudolph T. Randa**
                                              **U.S. District Judge**