IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

| SKIPPRINT, LLC, a Delaware corporation, | JOINT MOTION AND STIPULATION TO AMEND SCHEDULING ORDER IN VIEW OF SETTLEMENT IN PRINCIPLE |
|---|---|
| Plaintiff and Counterclaim-Defendant, | |
| vs. | Case No. 14-CV-897 |
| QUAD/GRAPHICS, INC., a Wisconsin corporation | Judge Rudolph T. Randa |
| Defendant and Counterclaim-Plaintiff. | |

As our joint filing on October 26, 2015 explained, the parties have reached a settlement in principle on all pending claims in the above-captioned matter. The parties continue to work expeditiously towards finalizing and executing the settlement agreement. To provide the parties with sufficient time to finalize the language of the settlement, the parties hereby stipulate and jointly move this Court for an order to extend by thirty days all pending deadlines set forth in the Scheduling Order (Doc. 48) and this Court's orders amending the same dated August 13, 2015 (Doc. 54), September 25, 2015 (Doc. 58) and October 27, 2015 (Doc. 60). Good cause exists to extend the deadlines of the Schedule Order because, as outlined above, the additional time to continue finalizing the terms of the settlement will spare the Court and the parties the time and expense of adjudicating lengthy and highly-technical summary judgment papers. Accordingly, the parties agree that the proposed amendment of the Scheduling Order is justified under the circumstances and request that the Court issue an order adopting the following schedule:

| Event | Scheduled Date | Proposed Date |
|---|---|---|
| Defendant's Motion for Summary Judgment of Invalidity Pursuant to 35 U.S.C. §§101 and 112(b) ("MSJs") | December 2, 2015 | January 5, 2016 |
| Plaintiff's Oppositions to MSJs | January 13, 2016 | February 16, 2016 |

1

| | | |
|---|---|---|
| Defendant's Reply Memoranda in Support of MSJs | February 19, 2016 | March 22, 2016 |
| Hearing on MSJs | To be set by the Court | No change |
| Plaintiff's opening brief on claim construction. | To be reset after ruling on MSJs | No change |
| Defendant's response brief on claim construction. | To be reset after ruling on MSJs | No change |
| Plaintiff's reply brief on claim construction.1 | To be reset after ruling on MSJs | No change |

Respectfully submitted,

DATED: December 2, 2015                  **MASCHOFF BRENNAN**

By:    */s/ C.J. Veverka*
      C.J. Veverka, Esq.

*Attorney for Plaintiff*

DATED: December 2, 2015                  **ARNOLD AND PORTER, LLP**

By:    */s/ Ali R. Sharifahmadian*
      Ali R. Sharifahmadian

*Attorney for Defendant*