# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUAD/GRAPHICS, INC., a Wisconsin corporation,<br><br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Case No. 14-cv-00897-RTR<br><br>Judge Rudolph T. Randa |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SkipPrint LLC and Defendant Quad/Graphics, Inc. hereby stipulate to the dismissal of all claims in this action, with prejudice. Each side to bear its own attorney's fees and costs.

Respectfully submitted this 21st day of December, 2015.


DATED: December 21, 2015        **MASCHOFF BRENNAN**

*/s/ C.J. Veverka*
C.J. Veverka
1389 Center Drive, Suite 300
Park City, Utah 84098
Telephone: (435) 252-1360
Facsimile: (435) 252-1361
E-mail: cveverka@mabr.com

*Counsel for Plaintiff SkipPrint, LLC*

DATED: December 21, 2015	**ARNOLD AND PORTER, LLP**

_/s/ Ali R. Sharifahmadian_
Ali R. Sharifahmadian
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone: 202.942.6370
Facsimile: 202.942.5999
E-mail: Ali.Sharifahmadian@aporter.com

*Counsel for Defendant Quad/Graphics, Inc.*